IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:21-cv-05612 ) ) |
| CASPER SLEEP INC., PHILIP KRIM, ANTHONY FLORENCE, DIANE IRVINE, KAREN KATZ, JACK LAZAR, BEN LERER, NEIL PARIKH, and DANI REISS, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 4, 2022

**GRABAR LAW OFFICE**

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*